USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GALLEN,

Plaintiff,

-v-

BAEN ENTERPRISES, INC., ET AL,

Defendants.

**ORDER**

26-CV-6114 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter. ECF No. 30. The request to amend the complaint has already been granted. *See* ECF No. 27. Plaintiff is directed to file the First Amended Complaint ("FAC") at ECF No. 26-1 as a separate entry on the docket by **September 29, 2026**. Defendants shall answer or otherwise respond to the FAC within **30 days** of it appearing on the docket.

**SO ORDERED.**

Dated: September 22, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge