CMLaw
CLIENT MINDED ADVOCATES

**Caroline A. Morgan | PARTNER**
Licensed in New York and Georgia
Direct: 917-635-4940
cmorgan@cm.law

October 21, 2026

Conference adjourned to 11/4/26 at 1:00 P.M.
So ordered.
J. G. Koeltl
U.S.D.J.
10/22/24.

The Honorable John G. Koeltl
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Via* ECF

**Re:** ***Gallen v. Baen Publishing Enterprises, LLC, et al.*, No. 1:26-cv-06114**

Dear Judge Koeltl:

This firm represents Defendants Baen Publishing Enterprises, LLC and Ms. Antonia Weisskopf (collectively, "Defendants") in the above-referenced action. We write respectfully to request an adjournment of the telephone pre-motion conference concerning Defendants' contemplated motion to dismiss, which the Court scheduled for Monday, November 2, 2026, at 3:00 p.m. (Dkt. No. 37).

The undersigned has a previously scheduled mediation on November 2, 2026, and is therefore unavailable to attend the conference at the scheduled time. This is Defendants' second request for an adjournment of time. Defendants previously requested that the deadline to respond to the complaint be adjourned pending the Court's ruling on Plaintiff's letter motion requesting leave to file a first amended complaint. The Court neither granted nor denied Defendant's request. Rather, the Court stated that the request to amend the complaint was already granted and set a new response deadline. (Dkt. No. 31). The within requested adjournment will not affect any other scheduled dates in this action.

Before making this request, the undersigned conferred with Plaintiff. Both parties are available at the following alternative dates and times, should they be convenient for the Court:

- Wednesday, November 4, 2026, on or before 1:00 p.m.; or
- Friday, November 6, 2026, on or before 1:00 p.m.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Caroline Morgan*

Caroline Morgan

cc: David Gallen, Plaintiff pro se (via ECF and email at dgallen99@yahoo.com)