UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DAVID GALLEN,**

**Plaintiff,**

**- against -**

**BAEN ENTERPRISES, INC., ET AL.,**

**Defendant.**

**26-cv-6114 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The case is **dismissed without prejudice** for lack of subject matter jurisdiction in view of the fact that complete diversity is lacking under 28 U.S.C. § 1332.

The first amended complaint invokes 28 U.S.C. § 1332 as the basis for subject matter jurisdiction. First Amended Compl. ("FAC") ¶ 4, ECF No. 32. The FAC alleges that the plaintiff resides in New York, FAC ¶ 7, and the plaintiff has represented the Court that he is domiciled in New York. ECF No. 36 at 2. Citizenship for an individual "depends on the state in which that person is domiciled." Doe v. Simmons, No. 24-cv-1043, 2025 WL 486599, at *2 (S.D.N.Y. Feb. 11, 2025). The plaintiff is therefore a citizen of New York.

According to the Rule 7.1 Disclosure Statement submitted by the defendant Baen Publishing Enterprises, LLC, it is owned by three entities, two of which are corporations organized under the laws of the State of New York. ECF No. 35. A limited liability corporation has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v.

Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). A corporation is a citizen of the state in which it is incorporated and the state in which it has its principal place of business. See 28 U.S.C. § 1332(c)(1). Baen Publishing Enterprises, LLC is therefore a citizen of New York.

Diversity jurisdiction requires complete diversity of citizenship between litigants and an amount-in-controversy greater than $75,000. See 28 U.S.C. § 1332. Both the plaintiff and the defendant Baen Publishing Enterprises, LLC are citizens of New York. Therefore, there is a lack of complete diversity between the parties, and the Court lacks subject matter jurisdiction to adjudicate the case. The case is accordingly **dismissed without prejudice.**

The Clerk is respectfully requested to enter judgment dismissing this case without prejudice, to close all pending motions, and to close this case. The Clerk is further requested to mail a copy of this Order to the plaintiff at Dgallen99@yahoo.com and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 24, 2026**

**John G. Koeltl**
**United States District Judge**